# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GREGORY L. THOMAS  
711 GROVE STREET  
ROCKFORD, IL 61104  

SSN-xxx-xx-8878

Case Number: 06-71716

Case filed on: 9/21/2006  
Plan Confirmed on: 3/8/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $8,649.48      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 332.22 | 332.22 | 299.45 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 5,046.60 | 5,046.60 | 4,548.88 | 0.00 |
|  | Total Priority | 5,378.82 | 5,378.82 | 4,848.33 | 0.00 |
| 999 | GREGORY L. THOMAS | 0.00 | 0.00 | 253.84 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 253.84 | 0.00 |
| 001 | CONSOLIDATED RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 61.98 | 61.98 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 736.32 | 736.32 | 0.00 | 0.00 |
| 004 | CREDIT ACCEPTANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PREMIER BANKCARD/CHARTER | 341.07 | 341.07 | 0.00 | 0.00 |
| 006 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECMC | 11,299.60 | 11,299.60 | 0.00 | 0.00 |
| 008 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | STATE OF CALIFORNIA FRANCHISE TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CATHERINE L. MANN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 12,438.97 | 12,438.97 | 0.00 | 0.00 |
|  | Grand Total: | 20,817.79 | 20,817.79 | 8,102.17 | 0.00 |

Total Paid Claimant: $8,102.17  
Trustee Allowance: $547.31  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009        By /s/Heather M. Fagan